SEALED



```
___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
                  COUNSEL/PARTIES OF RECORD

       DEC 17 2014

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) 2:14-CR-371-KJD-(CWH) |
| JOSEPH GUILIANO, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court finds that on December 17, 2014, defendant JOSEPH GUILIANO pled guilty to Counts One and Two of a Two-Count Criminal Information charging him in Counts One and Two with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343 and 1349. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant JOSEPH GUILIANO agreed to the forfeiture of the in personam criminal forfeiture money judgments of $26,741 and $18,050 set forth in the Plea Agreement and the Forfeiture Allegations in the Criminal Information. Criminal Information, ECF No. __; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that JOSEPH GUILIANO shall pay criminal forfeiture money judgments of $26,741 and $18,050 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOSEPH GUILIANO criminal forfeiture money judgments in the amounts of $26,741 and $18,050 in United States Currency.

DATED this 17 day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE