NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-371-HDM-DJA |
| Plaintiff, | ORDER GRANTING ELEVENTH STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| JOSEPH GIULIANO, | |
| Defendant. | |

The United States of America, through Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant Joseph Giuliano, by and through his counsel, Shawn R. Perez, Esq., stipulate and agree and jointly move this Honorable Court to vacate the sentencing hearing set for Tuesday, February 18, 2020 at 9:00 a.m. and reset the sentencing proceedings in this matter at a date six (6) months from the current setting.

The parties make this stipulation and motion for good cause and not for the purposes of delay. The possibility remains that defendant Giuliano may be called to testify in proceedings

in a related case or assist in other matters, pursuant to his plea agreement. The parties agree that it is in the interest of justice to defer sentencing until those related matters have been resolved. Defendant Giuliano believes it is in his best interest to do so.

Defendant Giuliano is not in custody and agrees to this continuance.

Denial of this request for continuance could result in a miscarriage of justice.

This is the eleventh request to continue sentencing in this matter.

The parties respectfully request this Honorable Court issue the attached proposed Order to accomplish these ends.

Dated December 30, 2019

                                                  NICHOLAS A. TRUTANICH
                                                  United States Attorney

_____//s//_____     _____//s//_____
SHAWN R. PEREZ, ESQ.                      DANIEL J. COWHIG
Counsel for Defendant JOSEPH           Assistant United States Attorney
GIULIANO

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH GIULIANO,<br><br>Defendant. | Case No. 2:14-cr-371-HDM-DJA<br><br>**ORDER** |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the stipulation of the parties and the record in these matters, the Court finds that the parties make this stipulation and motion for good cause and not for the purposes of delay. The possibility remains that defendant Giuliano may be called to testify in proceedings in a related case or in other matters, pursuant to his plea agreement. The parties agree that it is in the interest of justice to defer sentencing until those related matters have been resolved. Defendant Giuliano believes it is in his best interest to do so.

    Defendant Giuliano is not in custody and agrees to this continuance.

    Denial of this request for continuance could result in a miscarriage of justice.

    This is the eleventh request to continue sentencing in this matter.

*/ / /*

*/ / /*

1

**ORDER**

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing, that the sentencing hearing set for Tuesday, February 18, 2020 at 9:00 a.m. be vacated and reset for Tuesday, August 11, 2020, at 8:30 a.m. before Judge Howard D. McKibben in Las Vegas Courtroom (tbd). **IT IS SO ORDERED** this 31st day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE