1 | JASON M. FRIERSON
United States Attorney
2 | District of Nevada
Nevada Bar Number 7709
3 | DANIEL J. COWHIG
Assistant United States Attorney
4 | United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
5 | Las Vegas, Nevada 89101-6514
(702) 388-6336
6 | daniel.cowhig @usdoj.gov
*Attorneys for the United States of America*

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

9 | UNITED STATES OF AMERICA,                    Case No. 2:14-cr-371-JCM-DJA

10 |                  Plaintiff,                 SIXTEENTH STIPULATION TO
                                                CONTINUE SENTENCING
11 | vs.

12 | JOSEPH GIULIANO,

13 |                  Defendant.

14

15 |        The United States of America, through Jason M. Frierson, United States Attorney, and

16 | Daniel J. Cowhig, Assistant United States Attorney, and the defendant Joseph Giuliano, by

17 | and through his counsel, Shawn R. Perez, Esq., stipulate and agree and jointly move this

18 | Honorable Court to vacate the sentencing hearing set for Wednesday, June 1, 2022, at 10:00

19 | a.m. and reset the sentencing proceedings in this matter at a date ninety (90) days from the

20 | current setting.

21 |        The parties make this stipulation and motion for good cause and not for the purposes of

22 | delay.

23 |        The possibility remains that defendant Giuliano may be called to testify in proceedings

24 | in a related case or assist in other matters pursuant to his plea agreement.  The parties agree that

1

1  it is in the interest of justice to defer sentencing.  Defendant Giuliano believes it is in his best

2  interest to do so.

3       Defendant Giuliano is not in custody and agrees to this continuance.

4       Denial of this request for continuance could result in a miscarriage of justice.

5       This is the fifteenth request to continue sentencing in this matter.

6       The parties respectfully request this Honorable Court issue the attached proposed Order

7  to accomplish these ends.

8  Dated May 26, 2022

9  Counsel for Defendant                    JASON M. FRIERSON
   JOSEPH GIULIANO                          United States Attorney
10

11  //s// Shawn R. Perez                    //s// Daniel J Cowhig
   SHAWN R. PEREZ, ESQ.                     DANIEL J. COWHIG
12  Law Offices of Shawn R. Perez           Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

1

2

3

4          **UNITED STATES DISTRICT COURT**
           **DISTRICT OF NEVADA**
5

6   UNITED STATES OF AMERICA,              Case No. 2:14-cr-371-JCM-DJA

7          Plaintiff,

8       vs.                                **ORDER**

9   JOSEPH GIULIANO,

10         Defendant.

11

12

13              **FINDINGS OF FACT AND CONCLUSIONS OF LAW**

14  Based on the stipulation of the parties and the record in these matters, the Court finds that the

15  parties make this stipulation and motion for good cause and not for the purposes of delay.  The

16  possibility remains that defendant Giuliano may be called to testify in proceedings in a related

17  case or in other matters, pursuant to his plea agreement.  The parties agree that it is in the

18  interest of justice to defer sentencing.  Defendant Giuliano believes it is in his best interest to do

19  so.

20          Defendant Giuliano is not in custody and agrees to this continuance.

21          Denial of this request for continuance could result in a miscarriage of justice.

22          This is the sixteenth request to continue sentencing in this matter.

23

24

1

1

2                                          **ORDER**

3   **IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing

4   therefor, that the sentencing hearing set for Wednesday, June 1, 2022 at 10:00 a.m. be vacated

5   and reset for **September 7, 2022, at 10:00 a.m.** in Las Vegas Courtroom 6A.   **IT IS SO**

6   **ORDERED** this May _27th_, 2022.

7

8                                          _____
                                           UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**Certificate of Service**

I, Daniel J. Cowhig, hereby certify that on this day I served an electronic copy of the above

**Sixteenth Stipulation to Continue Sentencing** on Counsel of Record via Electronic Case

Filing (ECF).

Dated May 26, 2022

                                                        *//s// Daniel J Cowhig*
                                                        DANIEL J. COWHIG
                                                        Assistant United States Attorney

1