JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-371-JCM-DJA |
| Plaintiff, | NINETEENTH STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| JOSEPH GIULIANO, | |
| Defendant. | |

The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant Joseph Giuliano, by and through his counsel, Shawn R. Perez, Esq., stipulate and agree and jointly move this Honorable Court to vacate the sentencing hearing set for Wednesday, February 8, 2023, at 10:00 a.m. and reset the sentencing proceedings in this matter at a date on or after May 1, 2023.

The parties make this stipulation and motion for good cause and not for the purposes of delay.

The possibility remains that defendant Giuliano may be called to testify in proceedings in a related case or assist in other matters pursuant to his plea agreement.  The parties agree that

1

it is in the interest of justice to defer sentencing.  Defendant Giuliano believes it is in his best interest to do so. The parties request this continuance of approximately 90 days to accommodate currently scheduled proceedings in another matter in which defendant Giuliano might be called upon to serve as a witness and any filings in this matter that may result.

Defendant Giuliano is not in custody and agrees to this continuance.

Denial of this request for continuance could result in a miscarriage of justice.

This is the nineteenth request to continue sentencing in this matter.

The parties respectfully request this Honorable Court issue the attached proposed Order to accomplish these ends.

Dated February 3, 2023

Counsel for Defendant
JOSEPH GIULIANO

JASON M. FRIERSON
United States Attorney

//s// *Shawn R. Perez*
_____
SHAWN R. PEREZ, ESQ.
Law Offices of Shawn R. Perez
7121 W Craig RD #113-38
Las Vegas, NV 89129
702-485−3977
shawn711@msn.com

//s// *Daniel J Cowhig*
_____
DANIEL J. COWHIG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-371-JCM-DJA |
| Plaintiff, | |
| vs. | **ORDER** |
| JOSEPH GIULIANO, | |
| Defendant. | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Based on the stipulation of the parties and the record in these matters, the Court finds that the parties make this stipulation and motion for good cause and not for the purposes of delay. The possibility remains that defendant Giuliano may be called to testify in proceedings in a related case or assist in other matters pursuant to his plea agreement.  The parties agree that it is in the interest of justice to defer sentencing.  Defendant Giuliano believes it is in his best interest to do so. The parties request this continuance of approximately 90 days to accommodate currently scheduled proceedings in another matter in which defendant Giuliano might be called upon to serve as a witness and any filings in this matter that may result. The parties agree that it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so.

Defendant Giuliano is not in custody and agrees to this continuance.

1

Denial of this request for continuance could result in a miscarriage of justice.

This is the nineteenth request to continue sentencing in this matter.

## ORDER

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing therefor, that the sentencing hearing set for Wednesday, February 8, 2023, at 10:00 a.m. be vacated and reset for **May 5, 2023, at 10:00 a.m.** in Las Vegas Courtroom 6A.

DATED February 6, 2023.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE