JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH GIULIANO,<br><br>　　　　Defendant. | Case No. 2:14-cr-371-JCM-DJA<br><br>TWENTIETH STIPULATION TO CONTINUE SENTENCING |

　　　　The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant Joseph Giuliano, by and through his counsel, Shawn R. Perez, Esq., stipulate and agree and jointly move this Honorable Court to vacate the sentencing hearing set for Friday, May 5, 2023, at 10:00 a.m. and reset the sentencing proceedings in this matter at a date on or after August 1, 2023.

　　　　The parties make this stipulation and motion for good cause and not for the purposes of delay.

　　　　The possibility remains that defendant Giuliano may be called to testify in proceedings in a related case or assist in other matters pursuant to his plea agreement. The parties agree that

it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so. The parties request this continuance of approximately 90 days to accommodate potential proceedings in another matter in which defendant Giuliano might be called upon to serve as a witness and any filings in this matter that may result.

Defendant Giuliano is not in custody and agrees to this continuance.

Denial of this request for continuance could result in a miscarriage of justice.

This is the twentieth request to continue sentencing in this matter.

The parties respectfully request this Honorable Court issue the attached proposed Order to accomplish these ends.

Dated May 1, 2023

| Counsel for Defendant | JASON M. FRIERSON |
| JOSEPH GIULIANO | United States Attorney |

*//s// Shawn R. Perez*        *//s// Daniel J Cowhig*
SHAWN R. PEREZ, ESQ.        DANIEL J. COWHIG
Law Offices of Shawn R. Perez        Assistant United States Attorney
7121 W Craig RD #113-38
Las Vegas, NV 89129
702-485−3977
shawn711@msn.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-371-JCM-DJA |
| Plaintiff, | |
| vs. | **ORDER** |
| JOSEPH GIULIANO, | |
| Defendant. | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Based on the stipulation of the parties and the record in these matters, the Court finds that the parties make this stipulation and motion for good cause and not for the purposes of delay. The possibility remains that defendant Giuliano may be called to testify in proceedings in a related case or assist in other matters pursuant to his plea agreement. The parties agree that it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so. The parties request this continuance of approximately 90 days to accommodate potential proceedings in another matter in which defendant Giuliano might be called upon to serve as a witness and any filings in this matter that may result. The parties agree that it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so.

    Defendant Giuliano is not in custody and agrees to this continuance.

    Denial of this request for continuance could result in a miscarriage of justice.

This is the twentieth request to continue sentencing in this matter.

**ORDER**

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing therefor, that the sentencing hearing set for Friday, May 5, 2023, at 10:00 a.m. be vacated and reset for **August 2, 2023 at 10:30 a.m.** in Las Vegas Courtroom 6A.

**IT IS SO ORDERED** May 1, 2023.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE