JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH GIULIANO,<br><br>    Defendant. | Case No. 2:14-cr-371-JCM-DJA<br><br>TWENTY-FIRST STIPULATION<br>TO CONTINUE SENTENCING |

    The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant Joseph Giuliano, by and through his counsel, Shawn R. Perez, Esq., stipulate and agree and jointly move this Honorable Court to vacate the sentencing hearing set for Wednesday, August 2, 2023, at 10:30 a.m. and reset the sentencing proceedings in this matter at a date on or after October 1, 2023.

    The parties make this stipulation and motion for good cause and not for the purposes of delay.

1  The parties request this continuance of approximately 90 days to accommodate filings
2  arising out of other matters. The parties agree that it is in the interest of justice to defer
3  sentencing. Defendant Giuliano believes it is in his best interest to do so.
4  Defendant Giuliano is not in custody and agrees to this continuance.
5  Counsel for defendant Giuliano will be out of the jurisdiction during the latter part of
6  August.
7  Denial of this request for continuance could result in a miscarriage of justice.
8  This is the twenty-first request to continue sentencing in this matter.
9  The parties respectfully request this Honorable Court issue the attached proposed Order
10 to accomplish these ends.
11 Dated July 25, 2023

| Counsel for Defendant<br>JOSEPH GIULIANO | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| //s// Shawn R. Perez<br>SHAWN R. PEREZ, ESQ.<br>Law Offices of Shawn R. Perez<br>7121 W Craig RD #113-38<br>Las Vegas, NV 89129<br>702-485−3977<br>shawn711@msn.com | //s// Daniel J Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-371-JCM-DJA |
| Plaintiff, | |
| vs. | **ORDER** |
| JOSEPH GIULIANO, | |
| Defendant. | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Based on the stipulation of the parties and the record in these matters, the Court finds that the parties make this stipulation and motion for good cause and not for the purposes of delay. The parties request this continuance of approximately 90 days to accommodate filings arising out of other matters. The parties agree that it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so. The parties agree that it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so.

Defendant Giuliano is not in custody and agrees to this continuance.

Counsel for defendant Giuliano will be out of the jurisdiction during the latter part of August.

Denial of this request for continuance could result in a miscarriage of justice.

This is the twenty-first request to continue sentencing in this matter.

**ORDER**

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing therefor, that the sentencing hearing set for Wednesday, August 2, 2023, at 10:30 a.m. be vacated and reset to **October 2, 2023, at 10:00 a.m.** in Las Vegas Courtroom 6A. **IT IS SO ORDERED** July 26, 2023.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE