1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  DANIEL J. COWHIG
   Assistant United States Attorney
4  United States Attorney's Office
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101-6514
   (702) 388-6336
6  daniel.cowhig@usdoj.gov
   *Attorneys for the United States of America*
7

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
9

10 UNITED STATES OF AMERICA,           Case No. 2:14-cr-371-JCM-DJA

11         Plaintiff,                   TWENTY-THIRD STIPULATION TO
                                        CONTINUE SENTENCING
12    vs.

13 JOSEPH GIULIANO,

14         Defendant.

15

16         The United States of America, through Jason M. Frierson, United States Attorney, and

17 Daniel J. Cowhig, Assistant United States Attorney, and the defendant Joseph Giuliano, by and

18 through his counsel, Shawn R. Perez, Esq., stipulate and agree and jointly move this Honorable

19 Court to vacate the sentencing hearing set for Wednesday, February 7, 2024, at 10:00 a.m. and

20 reset the sentencing proceedings in this matter at a date on or after April 7, 2024.

21         The parties make this stipulation and motion for good cause and not for the purposes of

22 delay.

23         This matter is not yet ready for sentencing. The parties request this continuance of

24 approximately 60 days to accommodate filings arising out of other matters. The parties agree

1

that it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so.

  Defendant Giuliano is not in custody and agrees to this continuance.

  Denial of this request for continuance could result in a miscarriage of justice.

  This is the twenty-third request to continue sentencing in this matter.

  The parties respectfully request this Honorable Court issue the attached proposed Order to accomplish these ends.

Respectfully submitted this February 1, 2024.

| Counsel for Defendant<br>JOSEPH GIULIANO | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| //s// *Shawn R. Perez*<br>SHAWN R. PEREZ, ESQ.<br>Law Offices of Shawn R. Perez<br>7121 W Craig RD #113-38<br>Las Vegas, NV 89129<br>702-485−3977<br>shawn711@msn.com | //s// *Daniel J Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH GIULIANO,<br><br>Defendant. | Case No. 2:14-cr-371-JCM-DJA<br><br>ORDER |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the stipulation of the parties and the record in these matters, the Court finds that the parties make this stipulation and motion for good cause and not for the purposes of delay. The parties request this continuance of approximately 60 days because the matter is not yet ready for sentencing and to accommodate filings arising out of other matters. The parties agree that it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so. Defendant Giuliano is not in custody. Denial of this request for continuance could result in a miscarriage of justice. This is the twenty-third request to continue sentencing.

**ORDER**

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing therefor, that the sentencing hearing set for Wednesday, February 7, 2024 at 10:00 a.m. be vacated and reset for **April 10, 2024, at 10:00 a.m.** in Courtroom 6A.

**IT IS SO ORDERED** February 2, 2024.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1