JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-371-JCM-DJA |
| Plaintiff, | TWENTY-FOURTH STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| JOSEPH GIULIANO, | |
| Defendant. | |

The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant Joseph Giuliano, by and through his counsel, Shawn R. Perez, Esq., stipulate and agree and jointly move this Honorable Court to vacate the sentencing hearing set for Wednesday, April 10, 2024, at 10:00 a.m. and reset the sentencing proceedings in this matter at a date on or after July 10, 2024.

The parties make this stipulation and motion for good cause and not for the purposes of delay.

This matter is not yet ready for sentencing. The parties request this continuance of approximately 90 days to accommodate filings arising out of other matters. The parties agree

1

that it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so.

Defendant Giuliano is not in custody and agrees to this continuance.

Denial of this request for continuance could result in a miscarriage of justice.

This is the twenty-fourth request to continue sentencing in this matter.

The parties respectfully request this Honorable Court issue the attached proposed Order to accomplish these ends.

Respectfully submitted this April 9, 2024.

Counsel for Defendant                           JASON M. FRIERSON
JOSEPH GIULIANO                                 United States Attorney

//s// *Shawn R. Perez*                          //s// *Daniel J Cowhig*
SHAWN R. PEREZ, ESQ.                            DANIEL J. COWHIG
Law Offices of Shawn R. Perez                   Assistant United States Attorney
7121 W Craig RD #113-38
Las Vegas, NV 89129
702-485−3977
shawn711@msn.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-371-JCM-DJA |
| Plaintiff, | |
| vs. | **ORDER** |
| JOSEPH GIULIANO, | |
| Defendant. | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the stipulation of the parties and the record in these matters, the Court finds that the parties make this stipulation and motion for good cause and not for the purposes of delay. The parties request this continuance of approximately 90 days because the matter is not yet ready for sentencing and to accommodate filings arising out of other matters. The parties agree that it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so. Defendant Giuliano is not in custody. Denial of this request for continuance could result in a miscarriage of justice. This is the twenty-fourth request to continue sentencing.

**ORDER**

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing therefor, that the sentencing hearing set for Wednesday, April 10, 2024 at 10:00 a.m. be vacated and reset for **July 10, 2024, at 10:00 a.m.** in Courtroom 6A.

**IT IS SO ORDERED** April 9, 2024.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1