JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-371-JCM-DJA |
| Plaintiff, | TWENTY-FIFTH STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| JOSEPH GIULIANO, | |
| Defendant. | |

The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant Joseph Giuliano, by and through his counsel, Shawn R. Perez, Esq., stipulate and agree and jointly move this Honorable Court to vacate the sentencing hearing set for Friday, September 20, 2024, at 10:30 a.m. and reset the sentencing proceedings in this matter at a date on or after November 12, 2024.

The parties make this stipulation and motion for good cause and not for the purposes of delay.

This matter is not yet ready for sentencing. The parties request this continuance of approximately 60 days to accommodate filings arising out of other matters. Additionally,

proceedings in an unrelated matter outside the jurisdiction have extended beyond their anticipated timeframe creating an unexpected scheduling conflict for counsel for Mr. Giuliano. The parties agree that it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so.

     Defendant Giuliano is not in custody and agrees to this continuance.

     Denial of this request for continuance could result in a miscarriage of justice.

     This is the twenty-sixth request to continue sentencing in this matter.

     The parties respectfully request this Honorable Court issue the attached proposed Order to accomplish these ends.

Respectfully submitted this September 19, 2024.

| Counsel for Defendant<br>JOSEPH GIULIANO | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| *//s// Shawn R. Perez*<br>SHAWN R. PEREZ, ESQ.<br>Law Offices of Shawn R. Perez<br>7121 W Craig RD #113-38<br>Las Vegas, NV 89129<br>702-485–3977<br>shawn711@msn.com | *//s// Daniel J Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOSEPH GIULIANO,<br><br>    Defendant. | Case No. 2:14-cr-371-JCM-DJA<br><br><br>**ORDER** |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the stipulation of the parties and the record in these matters, the Court finds that the parties make this stipulation and motion for good cause and not for the purposes of delay. The parties request this continuance of approximately 60 days because the matter is not yet ready for sentencing and to accommodate filings arising out of other matters. Additionally, proceedings in an unrelated matter outside the jurisdiction have extended beyond their anticipated timeframe creating an unexpected scheduling conflict for counsel for Mr. Giuliano. The parties agree that it is in the interest of justice to defer sentencing. Defendant Giuliano believes it is in his best interest to do so. Defendant Giuliano is not in custody. Denial of this request for continuance could result in a miscarriage of justice. This is the twenty-sixth request to continue sentencing.

**ORDER**

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing therefor, that the sentencing hearing set for Friday, September 20, 2024 at 10:30 a.m. be vacated and reset for November 13, 2024, at 10:30 am in Courtroom 6A.

**IT IS SO ORDERED** September 19, 2024.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE