UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JOSEPH GIULIANO,<br><br>Defendant(s). | Case No.2:14-CR-371  JCM (DJA)<br><br>ORDER |

Presently before the court is the government's motion to dismiss, without prejudice, the criminal information in this matter. (ECF No. 123). The court finds that granting the motion is warranted in the interests of justice pursuant to Federal Rule of Criminal Procedure 48(a).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion (ECF No. 123) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the criminal information (ECF No. 26) against defendant Joseph Giuliano be DISMISSED without prejudice. The clerk of court is INSTRUCTED to close this case.

IT IS FURTHER ORDERED that the sentencing hearing set for 6/6/2025, in LV Courtroom 6A at 10:00 AM is VACATED.

DATED June 4, 2025.

_____
UNITED STATES DISTRICT JUDGE